UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN RICHARD PENWARDEN,

           Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C20-5541 RAJ

**ORDER DIRECTING ISSUANCE OF SUMMONS**

      This case was transferred from the District of Oregon.  *See* Docket #10.  The docket reflects that Plaintiff is proceeding *pro se*, and that there has been no issuance of summonses.  The Court hereby **DIRECTS** the Clerk's Office to issue summonses to plaintiff.

      Plaintiff is responsible for serving the complaint (Docket #1) and summonses.  Plaintiff may effectuate service electronically, as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.  Plaintiff must file proof of service with the court as required by Rule 4 of the Federal Rules of Civil Procedure.

      DATED this 11th day of June, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING ISSUANCE OF SUMMONS - 1